ALLISON SHADRICK v. STATE.

No. A-3246.    Opinion Filed Sept. 11, 1919.

(182 Pac. 732.)

Appeal from County Court, Oklahoma County; Wm. H. Zwick, Judge.

Allison Shadrick was convicted of a violation of the prohibitory liquor law, and appeals. Affirmed.

Twyford, Smith & Crowe, for plaintiff in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Allison Shadrick, was convicted on an information charging that on the 9th day of December, A. D. 1916, he carried and transported in a certain Buick automobile, 12 quarts of whisky, from a point unknown, through and along Lindsay street, to a point at the intersection of said Lindsay street with First street in Oklahoma City, and in accordance with the verdict was sentenced to be confined in the county jail for 90 days and to pay a fine of

$100, From the judgment an appeal was taken by filing in this court on January 21, 1918, a petition in error with case-made.

The only testimony is that of two witnesses introduced by the state and it supports the allegations of the information. From a careful examination of the whole case, both as to the law and the ev'dence, we have failed to discover anything whereof the plaintiff in error has just right to complain.

The judgment is therefore affirmed. Mandate forthwith.